UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-MJ-1525-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ITZAMAR ESTRADA-GEMBE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses without prejudice the criminal complaint in the above-captioned matter for the following reason: The case was not approved for indictment in the Government's internal review process.

This, the 25th day of June, 2013.

THOMAS G. WALKER
United States Attorney

By: /s/ John S. Bowler
JOHN S. BOWLER
Assistant United States Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Ph: 919-856-4530;Fax: 919-856-4487
Email: john.s.bowler@usdoj.gov
NC Bar No. 18825

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED. This 30 day of June 2013.**

JAMES C. DEVER III
Chief United States District Judge